UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MASON WOODS,

Plaintiff,

v.

CITY OF EAST LANSING, ANDREW LYONS, and JENNIFER BROWN,

Defendants.

FREIGHT HANDLERS, INC.,

Movant.

Case No. 26-mc-51197

Honorable Robert J. White

**ORDER GRANTING THIRD-PARTY MOTION TO QUASH**

This matter arises from an underlying action in the Western District of Michigan, Docket No. 25-cv-01381. In that case, *Pro Se* Plaintiff Mason Woods asserts various claims against Defendants related to his August 2025 arrest and subsequent detention.

Before the Court is non-party Freight Handlers, Inc's initiating motion to quash a subpoena issued by Defendant Andrew Lyons or, alternatively, for a

protective order. (ECF No. 1). The subpoena at issue sought from Freight Handlers, Woods' employer,

> [a]ny and all employment records, including but not limited to reports, applications, background verification records, correspondences, emails, phone message slips, discipline records, termination records, clock-in/clock-out records, tax records, compensation records, worker's compensation records, benefit records, government benefit records, photographs and videos, or any other documentary evidence that refers to Mason Woods[.]

(ECF No. 1, PageID.29).

On September 24, 2026, Freight Handlers served its motion on all parties in the underlying action. (ECF No. 1, PageID.23). The responsive deadline has since passed (*see* E.D. Mich. L.R. 7.1(e)), and neither Lyons nor any other party has contested the motion to quash. For the reasons provided in the motion, the Court will quash the subpoena. To the extent Freight Handlers also seeks sanctions under Fed. R. Civ. P. 45(d)(1), the Court awards it the reasonable attorney fees incurred in having to contest the subpoena and file the instant motion. Accordingly,

IT IS HEREBY ORDERED that the motion to quash (ECF No. 1) is GRANTED.

IT IS FURTHER ORDERED that Freight Handlers be awarded reasonable attorney fees under Fed. R. Civ. P. 45(d)(1).

Dated: November 4, 2026

s/Robert J. White
Robert J. White
United States District Judge